

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>JOSE ANGEL GONZALEZ,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:21-MJ-0048<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of  _Defendant_ , IT IS ORDERED that a detention hearing is set for _March 23, 2021_ , _____, at _11:00_  ☒a.m. / ☐p.m. before the Honorable _Douglas F. McCormick_ , in Courtroom _10D_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _March 18, 2021_

_Douglas F. McCormick_
U.S. ~~District Judge~~/Magistrate Judge